UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

**LAVERN HART,**

    **Plaintiff**

**v.**                                            Civil Action No. 5:14cv00064

**BLUECHIP FINANCIAL,**
    **d/b/a Spotloan,**

    **Defendant.**

## MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANT BLUECHIP FINANCIAL D/B/A SPOTLOAN

Comes now the Plaintiff, by counsel, and moves the Court for entry of an Order extending the time in which to serve Defendant Bluechip Financial d/b/a Spotloan from April 3, 2015, to sixty days after the entry of an order granting her leave to serve Defendant Bluechip Financial d/b/a Spotloan, for the reasons set forth in the accompanying Memorandum in Support.

WHEREFORE, Plaintiff respectfully requests that the Court grant her Motion for Extension of Time to Serve Defendant and extend the time to serve Defendant Bluechip Financial d/b/a Spotloan to a date sixty days from the entry of an Order granting the requested extension.

                                                    Respectfully submitted,
                                                    Lavern Hart
                                                    By Counsel

_____/s/_____
By: Dale W. Pittman, VSB#15673
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803
(804) 861-6000
(804) 861-3368 Facsimile
dale@pittmanlawoffice.com

Sarah M. Morton (VSB No. 73150)
Blue Ridge Legal Services, Inc.
204 North High Street
P.O. Box 551
Harrisonburg, VA 22803
(540) 433-1830
(540) 433-2202 (fax)
smorton@brls.org

Counsel for Lavern Hart